UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:23-00742-ADS Date: September 14, 2023

Title: *Ruben Paul Gonzales v. Johnnys Motors, Inc., et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s): Attorney(s) Present for Defendant(s):
None Present None Present

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On May 26, 2023, Plaintiff filed his First Amended Complaint against Defendants ("Amended Complaint"). (Dkt. No. 7.) As of the date of this order, which is more than 100 days after Plaintiff filed the Amended Complaint, no proof of service of process upon any defendant has been filed.

**By no later than September 21, 2023,** Plaintiff is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed under Federal Rule of Civil Procedure 4(m) for failure to timely serve the Amended Complaint.

**Plaintiff is expressly cautioned that failure to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with court orders under Federal Rule of Civil Procedure 41(b).**

IT IS SO ORDERED.

Initials of Clerk kh